

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

West Odessa Volunteer Fire
Department, Inc.,

\* From the 161st District Court
 of Ector County,
 Trial Court No. B-138,033.

Vs. No. 11-16-00304-CV

\* April 12, 2018

E. Roman Contreras and
Martina Contreras et al.,

\* Opinion by Bailey, J.
 (Panel consists of: Willson, J.,
 Bailey, J., and Wright, S.C.J.,
 sitting by assignment)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court and we render judgment that the underlying cause against West Odessa Volunteer Fire Department, Inc. is dismissed for lack of jurisdiction. The costs incurred by reason of this appeal are taxed 2/3 against E. Roman Contreras and Martina Contreras and 1/3 against Steven Escamilla and Stephanie Escamilla.